**Electronically Filed
Supreme Court
SCWC-18-0000520
09-JUL-2019
03:29 PM**

SCWC-18-0000520

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN THE INTEREST OF B CHILDREN:
NH, BORN ON 00/00/0000; AND
NN, BORN ON 00/00/0000

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000520; FC-S NO. 14-00180)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Father-Appellant's Application for Writ of Certiorari, filed on May 17, 2019, is hereby rejected.

DATED: Honolulu, Hawai'i, July 9, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

